# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN ISAACSON, | No. 4:19-CV-00022 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| ST. JOHN INSTITUTE FOR ADDICTION, *et al.*, | |
| Defendants. | |

## ORDER

**MAY 31, 2019**

On December 11, 2017, Nathan Isaacson initiated the above-captioned action against the St. John Institute for Addiction and other defendants.[1] On May 9, 2019, Chief Magistrate Judge Susan E. Schwab recommended that this Court dismiss Mr. Isaacson's Amended Complaint[2] for failure to state a claim upon which relief can be granted.[3]

No timely objections were filed to Chief Magistrate Judge Schwab's Report and Recommendation, which this Court has reviewed. Because this Court finds no clear error on the face of the record, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 13, is **ADOPTED IN ITS ENTIRETY**.

---

[1] ECF No. 1.
[2] ECF No. 4.
[3] ECF No. 13.

2. Mr. Isaacson's Amended Complaint, ECF No. 4, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge